## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Jockey International, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Lamont D. Cooper and Black Jockey Company, <br><br> *Defendants*. | Case No. 1:24-cv-05294-TRJ |

## JOINT MOTION FOR COURT DIRECTED
## SETTLEMENT CONFERENCE

COME NOW, Plaintiff JOCKEY INTERNATIONAL, INC. and Defendants LAMONT D. COOPER and BLACK JOCKEY COMPANY and submit this Joint Motion for a Court-Directed Settlement Conference.

The parties in the above-styled action, pursuant to Judge Johnson's Guidelines to Parties and Counsel in Civil Cases, hereby file this Joint Motion for Court-Directed Settlement.

The parties participated in their Rule 26 conference and on March 19, 2025, submitted their Joint Preliminary Report and Discovery Plan. During the conference, the parties discussed the possibility of settlement and whether a judicial settlement conference would be beneficial and included the request in the report. The parties identified in the report a pending related case, Lamont D. Cooper v. Jockey International, Inc. Case No. 1:25-cv-00811-TRJ (N.D. Ga.) and the parties believe that a judicial settlement conference may be beneficial to discuss potential resolution of the claims in both cases. The Court accepted the report and plan and entered a scheduling order on March 25, 2025, extending the discovery period until November 19, 2025.

The parties file this joint motion requesting an in person judicial settlement conference and the parties believe that a judicial settlement conference may be beneficial to discuss potential resolution of both cases. As the conference would require travel for all parties, the parties agree to coordinate scheduling with the appropriate judicial officer in order to expedite the conference.

WHEREFORE, the parties request that the Court schedule this case for a settlement conference.

Dated this 5th day of June, 2025.


/s/ Neil A. Brunetz

Neil A. Brunetz
GA Bar No. 090799
Matthew A. Nanninga
GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com

Johanna M. Wilbert*
Nathan J. Oesch*
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5100
johanna.wilbert@quarles.com
nathan.oesch@quarles.com
*admitted pro hac vice
Attorneys for Plaintiff Jockey
International, Inc.

/s/ Stephen M. Katz

Stephen M. Katz
GA Bar No. 409065
THE KATZ LAW GROUP, LLC
137 Johnson Ferry Road
Suite 2230
Marietta, GA 30068-4949
Tel:  770.988.8181
smkatz@katz.legal

Dayna C. Cooper
(admitted pro hac vice)
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
Tel:  202.642.5470
Dayna@CooperLegalSolutions.com
Attorneys for Defendants Lamont D.
Cooper and Black Jockey Company

## CERTIFICATE OF COMPLIANCE

Counsel for Plaintiff hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

This 5th day of June, 2025.

/s/ Neil A. Brunetz

Neil A. Brunetz, GA Bar No. 090799
Matthew A. Nanninga, GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com
*Attorneys for Plaintiff Jockey International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed **Joint Motion for Court Directed Settlement Conference** with the Clerk of Court, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Dayna C. Cooper  
COOPER LEGAL, LLC  
1 Olympic Place  
Suite 900  
Towson, MD 21204  
Dayna@CooperLegalSolutions.com

Stephen M. Katz  
The Katz Law Group, LLC  
137 Johnson Ferry Road  
Suite 2230  
Marietta, GA 30068-4949  
smkatz@katz.legal

This 5th day of June, 2025

*/s/ Neil A. Brunetz*  
Neil A. Brunetz, GA Bar No. 090799  
Matthew A. Nanninga, GA Bar No. 159070  
DREW ECKL & FARNHAM, LLP  
303 Peachtree Street NE, Suite 3500  
Atlanta, GA 30308  
Tel: (404) 885-1400  
brunetzn@deflaw.com  
nanningam@deflaw.com  
*Attorneys for Plaintiff Jockey International, Inc.*

15348726v1
37517-296193