# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jockey International, Inc., *Plaintiff,* v. Lamont D. Cooper and Black Jockey Company, *Defendants*. | Case No. 1:24-cv-05294-TRJ |

## PLAINTIFF JOCKEY INTERNATIONAL, INC.'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served a copy of the following:

1. **Plaintiff Jockey International Inc.'s First Set of Requests for Admission to Defendant Lamont D. Cooper**;
2. **Plaintiff Jockey International Inc.'s First Set of Interrogatories to Defendant Lamont D. Cooper**; and
3. **Plaintiff Jockey International Inc.'s First Set of Requests for Production to Defendant Lamont D. Cooper**,

upon all parties concerned via electronic mail to the following counsel of record as follows:

Stephen M. Katz
The Katz Law Group, LLC
137 Johnson Ferry Road, Suite 2230
Marietta, GA 30068-4949
smkatz@katz.legal

Dayna C. Cooper
Boyd, Cooper & Associates LLC
400 Montrose Avenue
Laurel, MD 20707
dayna@boydandcooper.com

This 12th day of June, 2025.

          */s/ Neil A. Brunetz*
          Neil A. Brunetz, GA Bar No. 090799
          Matthew A. Nanninga, GA Bar No. 159070
          DREW ECKL & FARNHAM, LLP
          303 Peachtree Street NE, Suite 3500
          Atlanta, GA 30308
          Tel: (404) 885-1400
          brunetzn@deflaw.com
          nanningam@deflaw.com

          Johanna M. Wilbert*
          Nathan J. Oesch*
          QUARLES & BRADY LLP
          411 East Wisconsin Ave., Suite 2400
          Milwaukee, WI 53202
          Tel: (414) 277-5100
          johanna.wilbert@quarles.com
          nathan.oesch@quarles.com
          *\*pro hac vice*
          *Attorneys for Plaintiff –*
          *Jockey International, Inc.*

15381409v1
37517-2961934

## CERTIFICATE OF COMPLIANCE

Counsel for Plaintiff hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

Dated this 12th day of June, 2025.

                                                */s/ Neil A. Brunetz*
Neil A. Brunetz, GA Bar No. 090799
Matthew A. Nanninga, GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com

Johanna M. Wilbert*
Nathan J. Oesch*
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5100
johanna.wilbert@quarles.com
nathan.oesch@quarles.com
*pro hac vice*
*Attorneys for Plaintiff –*
*Jockey International, Inc.*

15381409v1
37517-296193