# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Jockey International, Inc., *Plaintiff,* v. Lamont D. Cooper and Black Jockey Company, *Defendants*. | Case No. 1:24-cv-05294-TRJ |
| Lamont D. Cooper, *Plaintiff,* v. Jockey International, Inc., *Defendant*. | Case No. 1:25-cv-00811-TRJ |

## [PROPOSED] ORDER CONSOLIDATING CASES AND

## ENTERING AMENDED CONSOLIDATED SCHEDULING ORDER

The Court having considered the Joint Motion to Consolidate and for Amended Consolidated Scheduling Order submitted by Jockey International, Inc.

and Lamont D. Cooper and Black Jockey Company in *Jockey International, Inc. v. Lamont D. Cooper and Black Jockey Company*, 1:24-cv-05294-TRJ, the Court agrees that consolidation is appropriate and hereby GRANTS the Joint Motion to Consolidate and for Amended Consolidated Scheduling Order and **ORDERS** as follows:

1. The above-referenced actions, which involve the same subject matter, parties, and common questions of fact and law, are related actions that, in the interests of justice and efficiency are hereby consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. The Clerk of Court shall maintain files of the consolidated actions in Civil Action No. **1:24-cv-05294-TRJ**.

3. The Clerk is hereby directed to close the later-filed action, *Cooper v. Jockey International, Inc.*, 1:25-cv-00811-TRJ.

4. The Court further enters the following Consolidated Amended Scheduling Order:

    | | |
    |---|---|
    | Initial disclosures | August 6, 2025 |
    | End of fact discovery | March 7, 2026 |

| Motions for summary judgment | April 6, 2026 |

5. All future filings in the consolidated case shall be entered in the first-filed action, *Jockey International, Inc. v. Lamont D. Cooper and Black Jockey Company*, 1:24-cv-05294-TRJ.

6. The Court further ORDERS that all claims, counterclaims, defenses, and affirmative relief asserted by each party in their respective pleadings shall be preserved and adjudicated in the consolidated action. To the extent Cooper's claims asserted in Civil Action No. 1:25-cv-00811-TRJ are not independently docketed following consolidation, they shall be deemed counterclaims in the consolidated matter.

SO ORDERED this _____ day of _____, 2025.

_____
JUDGE Tiffany R. Johnson
U.S. District Court for the Northern District of Georgia