IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOCKEY INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAMONT D. COOPER, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:24-cv-05294-TRJ |

### ORDER

Under this Court's Local Rules, counsel for all private parties in civil cases must file their certificates of interested persons and corporate disclosure statements at the time of their first appearance. *See* LR 3.3. Here, the parties have not complied with their obligations under Local Rule 3.3. Accordingly, the parties are **ORDERED** to file their certificates of interested persons and corporate disclosure statements by **August 6, 2025**.

SO ORDERED, this 4th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge