# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JOCKEY INTERNATIONAL, INC., <br> Plaintiff, <br><br> V. <br><br> LAMONT D. COOPER AND BLACK JOCKEY COMPANY <br> Defendants. | Case No. 1:24-cv-05294-TRJ |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendants Lamont D. Cooper and Black Jockey Company, make the following disclosures:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    (a) Lamont D. Cooper, an individual

    (b) Black Jockey Coompany

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    (a) None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  (a) <u>For Plaintiff:</u>
    Neil A. Brunetz, GA Bar No. 090799
    Matthew A. Nanninga, GA Bar No. 159070
    DREW ECKL & FARNHAM, LLP
    303 Peachtree Street NE, Suite 3500
    Atlanta, GA 30308
    Tel: (404) 885-1400
    brunetzn@deflaw.com
    nanningam@deflaw.com

    Johanna M. Wilbert (*pro hac vice*)
    Nathan J. Oesch (*pro hac vice*)
    QUARLES & BRADY LLP
    411 East Wisconsin Ave., Suite 2400
    Milwaukee, WI 53202
    Tel: (414) 277-5100
    johanna.wilbert@quarles.com
    nathan.oesch@quarles.com

  (b) <u>For Defendants:</u>
    Dayna Cooper (pro hac vice)
    COOPER LEGAL, LLC
    1 Olympic Place, Suite 900
    Towson, MD 21204
    (202) 642-5470
    dayna@cooperlegalsolutions.com

Stephen M. Katz, GA Bar No. 409065
The Katz Law Group, LLC
117 Luckie Street, NW
Atlanta, GA 30303
(770) 373-5008 (office)
smkatz@katz.legal

4. Federal jurisdiction in this case is not based on diversity of citizenship.

DATED: August 5, 2025                    Respectfully Submitted,

                                         By: */s/ Dayna Cooper*
                                         Dayna Cooper (*pro hac vice*)
                                         COOPER LEGAL, LLC
                                         1 Olympic Place, Suite 900
                                         Towson, MD 21204
                                         (202) 642-5470
                                         dayna@cooperlegalsolutions.com

                                         Stephen M. Katz, GA Bar No. 409065
                                         The Katz Law Group, LLC
                                         117 Luckie Street, NW
                                         Atlanta, GA 30303
                                         (770) 373-5008 (office)
                                         smkatz@katz.legal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2025, a true and correct copy of the foregoing DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was served via the Court's CM/ECF system on all counsel of record.

                                         /s/ Dayna C. Cooper
                                         Dayna C. Cooper