IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOCKEY INTERNATIONAL, INC.,

    Plaintiff,

       v.

LAMONT D. COOPER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:24-cv-05294-TRJ

## ORDER

The parties are currently engaged in settlement negotiations and participated in a mediation with Magistrate Judge Regina D. Cannon on August 19, 2025. The Court has been advised that the parties will participate in a continued mediation with Magistrate Judge Cannon in the upcoming weeks. Accordingly, the discovery period in this consolidated action is **STAYED** until 10 calendar days following the anticipated continued mediation. The parties are **ORDERED** to file a joint status report indicating the outcome of mediation no later than three calendar days following the completion of the continued mediation.

SO ORDERED, this 20th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge