IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOCKEY INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>LAMONT D. COOPER, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:24-cv-05294-TRJ |

### ORDER

The parties are currently engaged in settlement negotiations and participated in a mediation with Magistrate Judge Regina D. Cannon on November 25, 2025. The Court has been advised that the parties will continue the mediation with Magistrate Judge Cannon in the upcoming weeks. Accordingly, the discovery period in this consolidated action is **STAYED** until **January 30, 2026**. If mediation is unsuccessful, the parties are **ORDERED** to file an updated Joint Preliminary Report and Discovery Plan within ten days of the completed mediation.

SO ORDERED, this 26th day of November, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge