# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-05294-TRJ
## Jockey International, Inc. v. Cooper et al
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 11/25/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:37 P.M.          TAPE NUMBER: Zoom
TIME IN COURT: 4:37                       DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: 
Neil Brunetz representing Jockey International, Inc.
Dayna Cooper representing Black Jockey Company
Dayna Cooper representing Lamont D. Cooper
Nathan Oesch representing Jockey International, Inc.
Johanna Wilbert representing Jockey International, Inc.

PROCEEDING CATEGORY: Settlement Conference;

MINUTE TEXT: The parties participated in a settlement conference which the Court has continued to January 22, 2026 at 10:15 AM. The settlement conference remains open.