# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-05294-TRJ
### Jockey International, Inc. v. Cooper et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 01/22/2026.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 1:24 P.M.     TAPE NUMBER: Zoom
TIME IN COURT: 3:09     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

ATTORNEY(S)
PRESENT:
- Neil Brunetz representing Jockey International, Inc.
- Dayna Cooper representing Lamont D. Cooper
- Nathan Oesch representing Jockey International, Inc.
- Johanna Wilbert representing Jockey International, Inc.

PROCEEDING
CATEGORY:     Settlement Conference;

MINUTE TEXT:     The parties participated in a settlement conference which the Court has continued to May 8, 2026 at 10:00 AM. The settlement conference remains open.

HEARING STATUS:     Hearing not concluded.