IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOCKEY INTERNATIONAL, INC.,<br><br>   Plaintiff,<br><br>      v.<br><br>LAMONT D. COOPER, *et al.*,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:24-cv-05294-TRJ |

### ORDER

In June 2025, the parties requested the Court's referral to mediation with a Magistrate Judge. The Court granted that motion and stayed the parties' discovery obligations while they pursued mediation. Since then, the Court has been advised that the parties have pursued settlement diligently, but given the complex issues involved, they need additional time to reach a resolution. Given the efforts of the parties and Magistrate Judge Regina D. Cannon, the discovery period in this consolidated action is **STAYED** one final time until **May 29, 2026**. If the parties are unable to reach a resolution, including a written executed agreement, by **May 29, 2026**, the parties shall proceed to discovery on an eight-month discovery track.

SO ORDERED, this 22nd day of January, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge