# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-05294-TRJ
### Jockey International, Inc. v. Cooper et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 05/08/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:18 P.M.        TAPE NUMBER: Zoom
TIME IN COURT: 6:18                    DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Neil Brunetz representing Jockey International, Inc.<br>Dayna Cooper representing Black Jockey Company<br>Dayna Cooper representing Lamont D. Cooper<br>Nathan Oesch representing Jockey International, Inc.<br>Johanna Wilbert representing Jockey International, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties resumed the settlement conference that initially began on August 19, 2025. The settlement conference remains open through May 18, 2026. |