IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOCKEY INTERNATIONAL, INC.,

    Plaintiff,

      v.

LAMONT D. COOPER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:24-cv-05294-TRJ

## ORDER

On May 18, 2026, the parties settled this case following mediation with Magistrate Judge Regina D. Cannon. Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a consent order and stipulation of dismissal by **July 2, 2026**. Absent an extension or further order of the Court, if there is no request to reopen this action by **July 2, 2026**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **July 6, 2026**, if the parties have not filed a consent order and stipulation of dismissal.

SO ORDERED, this 18th day of May, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge