**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOCKEY INTERNATIONAL, INC.,

                Plaintiff(s),

vs.

LAMONT D. COOPER, et al.,

                Defendant(s).

CIVIL ACTION FILE

NO. 1:24-cv-05294-TRJ

## J U D G M E N T

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED** with prejudice.

Dated at Atlanta, Georgia, this 15th day of June, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/D. Salpeter
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Salpeter
     Deputy Clerk