**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Jockey International, Inc.,<br><br>*Plaintiff,*<br><br>v.<br><br>Lamont D. Cooper and Black Jockey Company,<br><br>*Defendants*. | Case No. 1:24-cv-05294-TRJ |

## JOINT STATUS REPORT

Pursuant to the Court's June 25, 2026 Order, the parties jointly submit this Status Report confirming that the Trademark Trial and Appeal Board ("Board") has vacated its September 19, 2024 decision in Opposition No. 91248336.

On June 22, 2026, the parties filed a Joint Request to Reopen and Vacate with the Board, notifying the Board of this Court's June 15, 2026 Order and Final Consent Decree and requesting that the Board vacate its September 19, 2024 decision.

On July 9, 2026, the Board entered an order stating: "Pursuant to the district court's June 15, 2026 order, the Final Decision is VACATED." A copy of the Board's July 9, 2026 order is attached as Exhibit A.

Thereafter, on August 3, 2026, consistent with the parties' settlement agreement, Applicant Lamont D. Cooper withdrew Application Serial No. 87863113 and his counterclaims, with the written consent of Opposer, Jockey International, Inc. On August 10, 2026, the Board entered an order providing that Application Serial No. 87863113 stands abandoned, the opposition is dismissed without prejudice, and the counterclaims are denied without prejudice. A copy of the Board's August 10, 2026 order is attached as Exhibit B.

Accordingly, the parties confirm that the Board has vacated its September 19, 2024 decision, as required by the Court's June 15 and June 25, 2026 Orders.

Dated this 24th day of August, 2026.

*/s/ Neil A Brunetz*
Neil A. Brunetz, GA Bar No. 090799
Matthew A. Nanninga, GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com

*/s/ Johanna M. Wilbert*
Johanna M. Wilbert*
Nathan J. Oesch*
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5100
johanna.wilbert@quarles.com
nathan.oesch@quarles.com
**admitted pro hac vice*

*Attorneys for Plaintiff, Jockey International, Inc.*

*/s/ Stephen M. Katz*
Stephen M. Katz
GA Bar No. 409065
THE KATZ LAW GROUP, LLC
137 Johnson Ferry Road
Suite 2230
Marietta, GA 30068-4949
Tel: 770.988.8181
smkatz@katz.legal

*/s/ Dayna C. Cooper*
Dayna C. Cooper
*(admitted pro hac vice)*
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
Tel: 202.642.5470
Dayna@CooperLegalSolutions.com

*Attorneys for Defendants, Lamont D. Cooper and Black Jockey Company*

## CERTIFICATE OF COMPLIANCE

Counsel for Plaintiff hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

Dated this 24th day of August, 2026.

*/s/ Stephen M. Katz*
Stephen M. Katz
GA Bar No. 409065
THE KATZ LAW GROUP, LLC
137 Johnson Ferry Road
Suite 2230
Marietta, GA 30068-4949
Tel: 770.988.8181
smkatz@katz.legal

*/s/ Dayna C. Cooper*
Dayna C. Cooper
*(admitted pro hac vice)*
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
Tel: 202.642.5470
Dayna@CooperLegalSolutions.com

*Attorneys for Defendants, Lamont D. Cooper and Black Jockey Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed **Joint Status Report** with the Clerk of Court, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Neil A. Brutntz, GA Bar No. 090799
Matthew A. Nanninga, GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com

Stephen M. Katz
The Katz Law Group, LLC
137 Johnson Ferry Road, Suite 2230
Marietta, GA 30068-4949
smkatz@katz.legal

Johanna M. Wilbert
Nathan J. Oesch
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5100
johanna.wilbert@quarles.com
nathan.oesch@quarles.com

Dated this 24th day of August, 2026.

*/s/ Dayna C. Cooper*

Dayna C. Cooper
*(admitted pro hac vice)*
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
Tel: 202.642.5470
Dayna@CooperLegalSolutions.com

*Attorneys for Defendants Lamont D. Cooper and Black Jockey Company*