# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

ey

July 9, 2026

Opposition No. 91248336

*Jockey International, Inc.*

*v.*

*Lamont D. Cooper*

**By the Trademark Trial and Appeal Board:**

On September 19, 2024, the Board issued a final decision in this matter in which it granted Applicant's counterclaim for cancellation of Reg. Nos. 711570 and 768840 based on abandonment; granted Applicant's counterclaim for cancellation of Reg. No. 4471345, in part, based on abandonment; granted Applicant's counterclaim for cancellation of Reg. No. 5984914 based on likelihood of confusion; denied Applicant's counterclaim for cancellation of Reg. Nos. 4471345 and 4641620, and 5984914 based on fraud; and sustained Opposer's opposition to registration of Ser. No. 87863113 based on likelihood of confusion (the "Final Decision"). 163 TTABVUE.

Both parties appealed the Final Decision to the United States District Court for the Northern District of Georgia seeking partial reversal and other relief. *See Jockey Int'l, Inc. v. Cooper,* Civ. No. 1:24-cv-05294 (N.D. Ga.); *Cooper v. Jockey Int'l, Inc.*, Civ. No. 25-cv-00811 (N.D. Ga.). The cases were consolidated. *See* 172 TTABVUE 6.

On June 15, 2026, the district court issued an Order and Final Consent Decree wherein the district court, among other things, ordered that the Board, pursuant the parties' settlement agreement regarding the federal civil action, vacate its September 19, 2024 order, i.e., the Final Decision.[1]

On June 22, 2026, the parties filed a joint motion to reopen proceedings in this case. 172 TTABVUE. The request refers to and attaches the district court's June 15, 2026 Order and Final Consent Decree in Civ. No. 1:24-cv-05294, which, as noted above, directs the Board to vacate the Final Decision. *See* 171 and 172 TTABVUE. Pursuant to the district court's June 15, 2026 order, the Final Decision is **VACATED**.

The parties, by their consented motion, also request that the Board reopen the proceeding to allow Applicant to withdraw application Ser. No. 87863113 in accordance with their settlement agreement. 172 TTABVUE 3. The parties' motion is silent, however, as to Applicant's asserted counterclaims.

Accordingly, the parties' joint motion to reopen is **GRANTED** to the extent that these proceedings are reopened for **30 days** for the sole purpose of allowing the parties to file appropriate motions to effectuate the terms of their federal civil action settlement agreement.[2] The Board will not entertain any filings that are not germane to effectuating the parties' the aforementioned settlement agreement.

---

[1] 171 TTABVUE.

[2] Trademark Rule 2.135 provides that if, in an inter partes proceeding, the Applicant files an abandonment without the written consent of every adverse party to the proceeding, judgment shall be entered against Applicant. *See* 37 C.F.R. § 2.135; *see also* TRADEMARK TRIAL AND APPEAL BOARD MANUAL OF PROCEDURE (TBMP) § 602.01 (2026). Trademark Rule 2.114(c) provides that after the answer is filed, a counterclaim petition for cancellation may not be withdrawn without prejudice except with the written consent of the registrant or the

registrant's attorney or other authorized representative. *See* 37 C.F.R. § 2.114(c); *see also* TBMP § 601.02.