# EXHIBIT B

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

ey

August 10, 2026

Opposition No. 91248336

*Jockey International, Inc.*

*v.*

*Lamont D. Cooper*

**By the Trademark Trial and Appeal Board:**

On August 3, 2026, Opposer filed a consented motion, pursuant to the parties' settlement agreement, in which Applicant withdraws its application Serial No. 87863113 with Opposer's written consent, and Applicant also withdraws its counterclaims to cancel Opposer's Registration Nos. 711570, 768840, 4471345, 4641620 and 5984914 with Opposer's written consent.[1]

In view thereof, application Serial No. 87863113 stands abandoned, the opposition is dismissed without prejudice, and the counterclaims are denied without prejudice. *See* Trademark Rules 2.135 and 2.114(c); *see also* TBMP §§ 601.02 and 602.01.

[1] The motion filed by Opposer does not include proof of service upon Applicant as required by Trademark Rule 2.119(a). Occasionally, in order to expedite matters, the Board will serve a submission by providing a link to the database where a copy of the filing can be viewed. TRADEMARK TRIAL AND APPEAL BOARD MANUAL OF PROCEDURE (TBMP) § 113.02 (2026). In this instance, the Board exercises its discretion and will consider the filing. A copy of the motion can be viewed using TTABVUE at: https://ttabvue.uspto.gov/ttabvue/v?pno=91248336&pty=OPP&eno=174.