**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOCKEY INTERNATIONAL, INC.,

Plaintiff(s),

vs.

LAMONT D. COOPER et al,

Defendant(s).

CIVIL ACTION FILE

NO. 1:24-cv-05294-TRJ

**J U D G M E N T**

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED** with prejudice.

Dated at Atlanta, Georgia, this 28th day of August, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Salpeter
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 28, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Salpeter
Deputy Clerk